RECEIVED USDC
CLERK, CHARLESTON, SC
2018 OCT 26 PM 2: 47

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Katrina Tonecia Pinckney,<br><br>        Plaintiff,<br><br>vs.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>        Defendant. | Civil Action No. 0:18-557-RMG<br><br><br><br>**ORDER** |

This matter comes before the Court on the motion of the Defendant to remand this matter to the agency for the purpose of awarding Plaintiff Social Security benefits from the onset date of her disability, October 19, 2012. (Dkt. No. 20). The Court is informed that counsel for Plaintiff has consented to his motion. (*Id.*). Therefore, the Court reverses the prior decision of the Commissioner and remands this matter to the agency pursuant to Sentence Four of 42 U.S.C. § 405(g) to award benefits. The Court directs the Clerk to enter a final judgment in this matter.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

October 26, 2018
Charleston, South Carolina