IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Katrina Tonecia Pinckney, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 0:18-557-RMG |
| ) | |
| vs. ) | |
| ) | |
| Andrew M. Saul, Commissioner ) | |
| of Social Security, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 23). Plaintiff's counsel seeks approval of an attorney's fee for his services on behalf of Plaintiff in federal court in the amount of $18,230.00. The Defendant has advised the Court that he does not oppose approval of the attorney fee request of Plaintiff, but correctly notes that upon receipt of the fee award under § 406(b), Plaintiff's counsel is obligated to pay to his client the amount previously awarded by the Court under EAJA. (Dkt. No. 26).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $18,230.00. Upon receipt of this award, Plaintiff's counsel is directed to reimburse to Plaintiff $5,325.85 previously awarded under EAJA. (*See,* C.A. No. 0:15-5059, Dkt. No. 32).

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

October 8, 2019
Charleston, South Carolina